# United States District Court
# For The Western District of North Carolina
# Statesville Division

FILED
STATESVILLE, N.C.

JUN 27 2005

U.S. DISTRICT COURT
W. DIST. OF NC

JOHN D. LAWS,

        Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                           CASE NO. 5:04CV86

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 27, 2005, Order.

June 27, 2005

                                          FRANK G. JOHNS, CLERK

                                          BY: *Carolyn B. Bouchard*
                                                Carolyn Bouchard, Deputy Clerk